## Pahoundis et al., Appellants, *v.* Li'l General Stores, Inc.

724

Argued November 19, 1975. *James Victor Voss,* with him *Neely and Voss,* for appellants; *Frederick W. Steinberg, Daniel L. Stickler,* and *Rose, Schmidt and Dixon,* submitted a brief for appellee.

Order affirmed.